# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| TIMOTHY BOX, #1771236, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL NO. 3:16-CV-1318-K |
| | § | |
| LORIE DAVIS, Director, TDCJ-CID, | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Petitioner filed objections on February 13, 2017, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Petitioner's First Motion for Extension of Time to File Objections to the U.S. Magistrate's Findings, Conclusions and Recommendations, filed on February 14, 2017, is **DENIED** as **MOOT.**

IT IS THEREFORE ORDERED that the petition for writ of habeas corpus is **DISMISSED** with prejudice as time barred.

SO ORDERED.

Signed February 21st, 2017.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE